IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRYAN JEROME MOORE,<br>　　Petitioner,<br><br>VS.<br><br>NATHANIEL QUARTERMAN, Director,<br>T.D.C.J., Correctional<br>Institutions Division,<br>　　Respondent. | §<br>§<br>§<br>§  CIVIL ACTION NO.4:06-CV-371-Y<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Bryan Jerome Moore, along with the December 15, 2006, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until January 8, 2007, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on December 15, 2006. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are hereby ADOPTED.

Petitioner Bryan Jerome Moore's petition for writ of habeas corpus is DENIED.

SIGNED January 18, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE